# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

FRANK PATE, et al.,

    Plaintiffs,

v.                                          CASE NO. 3:20cv5091-MCR-EMT

WARDEN JOSEPH,

    Defendant.

_____/

## **O R D E R**

    The Chief Magistrate Judge issued a Report and Recommendation on April 1, 2020, and a Supplement to Report and Recommendation on April 29, 2020 (ECF Nos. 5, 8). Plaintiffs were furnished copies of the Report and Recommendation and Supplement, and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation and Supplement, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Chief Magistrate Judge's Report and Recommendation as supplemented, ECF Nos. 5, 8, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** to each Plaintiff's filing a new individual complaint on his own behalf, and either paying the full $400.00 fee ($350.00 filing fee and $50.00 administrative fee) or submitting an individual application to proceed in forma pauperis.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 15th day of May 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**